ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN - 7 2025

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA

v.

ANDREA MITCHELL AND
BRYANT RIGGINS

Criminal Indictment

**UNDER SEAL**

No.  **1:25-CR-004**

THE GRAND JURY CHARGES THAT:

### Counts One through Nine

1.　From on or about November 16, 2020, through on or about April 8, 2021, in the Northern District of Georgia and elsewhere, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omissions of material fact, well knowing and having reason to know that said pretenses, representations, and promises were false and fraudulent when made and caused to be made and that said omissions were and would be material.

### Background

2.　Beginning in or around March 2020, in response to the COVID-19 pandemic, several federal programs authorized stimulus payments to U.S.

citizens known as Economic Impact Payments (EIP). Individuals who met certain requirements, including having an adjusted gross income that did not exceed a certain amount, could apply to the Internal Revenue Service (IRS) for the stimulus payments. If approved, the IRS mailed a check to the address provided by the applicant.

### Scheme to Defraud

3. As part of the scheme to defraud, defendants MITCHELL and RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, caused fraudulent requests for stimulus checks to be submitted to the IRS.

4. The applications fraudulently listed the names and personally identifiable information of incarcerated persons who did not know that their information was being used. The fraudulent applications also falsely listed addresses associated with defendants MITCHELL and RIGGINS as the claimants' mailing addresses.

5. The IRS caused EIP checks to be mailed to the designated addresses associated with defendants MITCHELL and RIGGINS. The addresses were located in the Northern District of Georgia.

6. Defendant MITCHELL deposited the EIP checks into BB&T Bank, subsequently Truist Bank, financial accounts ending in 4850 and 5291, which defendant MITCHELL controlled.

7. Defendant MITCHELL shared the proceeds with defendant RIGGINS. They used the fraudulently obtained proceeds for their personal benefit.

2

Execution Of The Scheme To Defraud

8.      On or about the dates listed below, in the Northern District of Georgia and elsewhere, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, for the purpose of executing the scheme and artifice to defraud described above, such scheme and artifice having been knowingly devised and intended to be devised to defraud, and for the purpose of obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, as well as by omissions of material fact, with the intent to defraud, caused to be delivered by the United States Postal Service and any private and commercial interstate carrier, according to the direction thereon, the following EIP checks to the mailing addresses described below:

| Count | Date (On or About) | Description of Mailing | Mailing Address |
|---|---|---|---|
| One | November 16, 2020 | EIP check in the amount of $1,200 made payable to F. L. | 282 McIntosh Ave., Marietta, Georgia |
| Two | November 16, 2020 | EIP check in the amount of $1,200 made payable to K. G. | 282 McIntosh Ave., Marietta, Georgia |
| Three | November 16, 2020 | EIP check in the amount of $1,200 made payable to B. M. | 1631 White Cir. Apt. 1312, Marietta, Georgia |
| Four | November 16, 2020 | EIP check in the amount of $1,200 made payable to M. S. | 282 McIntosh Ave., Marietta, Georgia |
| Five | November 16, 2020 | EIP check in the amount of $1,200 made payable to R. W. | 1546 Cave Springs Rd., |

| Count | Date (On or About) | Description of Mailing | Mailing Address |
|---|---|---|---|
| | | | Douglasville, Georgia |
| Six | January 6, 2021 | EIP check in the amount of $600 made payable to K. G. | 282 McIntosh Ave., Marietta, Georgia |
| Seven | January 6, 2021 | EIP check in the amount of $600 made payable to B. M. | 1631 White Cir. Apt. 1312, Marietta, Georgia |
| Eight | January 6, 2021 | EIP check in the amount of $600 made payable to M. S. | 282 McIntosh Ave., Marietta, Georgia |
| Nine | March 26, 2021 | EIP check in the amount of $1,400 made payable to R. W. | 1546 Cave Springs Rd., Douglasville, Georgia |

All in violation of Title 18, United States Code, Section 1341 and Section 2.

**Counts Ten through Fifteen**

9.      The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 7 of this Indictment as if fully set forth herein.

10.      On or about the dates listed below, in the Northern District of Georgia and elsewhere, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, did steal, purloin, and knowingly and willfully convert to their use and the use of another, money and a thing of value of the United States exceeding the sum of $1,000, that is, the EIP checks described below:

4

| Count | Date (On Or About) | Listed Payee On EIP Check | Check Amount |
|---|---|---|---|
| Ten | November 16, 2020 | F. L. | $1,200 |
| Eleven | November 16, 2020 | K. G. | $1,200 |
| Twelve | November 16, 2020 | B. M. | $1,200 |
| Thirteen | November 16, 2020 | M. S. | $1,200 |
| Fourteen | November 16, 2020 | R. W. | $1,200 |
| Fifteen | March 26, 2021 | R. W. | $1,400 |

All in violation of Title 18, United States Code, Section 641 and Section 2.

## Counts Sixteen Through Twenty

11. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 2 through 7 of this Indictment as if fully set forth herein.

12. On or about the dates listed below, in the Northern District of Georgia and elsewhere, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, knowingly possessed and used, without lawful authority, a means of identification of another person, that is, the names, dates of birth, and Social Security numbers of the individuals identified below, during and in relation to committing the felony violations of mail fraud identified below:

| Count | Date (On or About) | Individual Victim | Related Count |
|---|---|---|---|
| Sixteen | November 16, 2020 | F. L. | Count One |
| Seventeen | November 16, 2020 | K. G. | Count Two |

| Count | Date (On or About) | Individual Victim | Related Count |
|-------|--------------------|--------------------|---------------|
| Eighteen | November 16, 2020 | B. M. | Count Three |
| Nineteen | November 16, 2020 | M. S. | Count Four |
| Twenty | November 16, 2020 | R. W. | Count Five |

All in violation of Title 18, United States Code, Section 1028A and Section 2.

### Count Twenty-One

13.    On or about August 20, 2020, in the Northern District of Georgia and elsewhere, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, did steal, purloin, and knowingly and willfully convert to their use and the use of another, money and a thing of value of the United States exceeding the sum of $1,000, that is, federal pandemic Unemployment Insurance Benefits issued to R. W. in the approximate amount of $3,400, in violation of Title 18, United States Code, Section 641 and Section 2.

### Count Twenty-Two

14.    On or about August 25, 2020, in the Northern District of Georgia and elsewhere, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, aided and abetted by each other and others unknown to the Grand Jury, did steal, purloin, and knowingly and willfully convert to their use and the use of another, money and a thing of value of the United States exceeding the sum of $1,000, that is, federal pandemic Unemployment Insurance Benefits issued to W. L. in the

6

approximate amount of $3,500, in violation of Title 18, United States Code, Section 641 and Section 2.

## Forfeiture

15.     Upon conviction of one or more of the offenses alleged in Counts One through Fifteen of this Indictment, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds traceable to the offenses, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of each offense alleged in Counts One through Fifteen of this Indictment.

16.     Upon conviction of one or more of the offenses alleged in Counts Twenty-One and Twenty-Two of this Indictment, the defendants, ANDREA MITCHELL and BRYANT RIGGINS, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property, real or personal, which constitutes, or is derived from, proceeds obtained directly or indirectly as a result of the offenses, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a

result of each offense alleged in Counts Twenty-One and Twenty-Two of this Indictment.

17.   If, any of the property described above, as a result of any act or omission of a defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

8

A ___True___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

*Tracia M. King*

TRACIA M. KING
 *Assistant United States Attorney*
Georgia Bar No. 42138

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9